1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      FRANCISCO SIERRA,                                 No.  2:21-cv-2149 KJN P

12                      Plaintiff,

13              v.

14      STUART SHERMAN, et al.,                           ORDER

15                      Defendants.

16

17              Plaintiff, a state prisoner proceeding pro se, filed a civil rights action pursuant to 42

18      U.S.C. § 1983, together with a request to proceed in forma pauperis.  In his complaint, plaintiff

19      alleges violations of his civil rights by defendants.  The alleged violations took place in Kings

20      County, which is part of the Fresno Division of the United States District Court for the Eastern

21      District of California.  See Local Rule 120(d).

22              Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

23      division of a court may, on the court's own motion, be transferred to the proper division of the

24      court.  Therefore, this action will be transferred to the Fresno Division of the court.  In light of

25      1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in

26      forma pauperis.

27              Good cause appearing, IT IS HEREBY ORDERED that:

28              1.  This court has not ruled on plaintiff's request to proceed in forma pauperis;

                                                        1

1    2. This action is transferred to the United States District Court for the Eastern District of

2    California sitting in Fresno; and

3    3. All future filings shall reference the new Fresno case number assigned and shall be

4    filed at:

                  United States District Court

5                      Eastern District of California
                  2500 Tulare Street

6                      Fresno, CA 93721

7

8    Dated:  November 29, 2021

9

10                               KENDALL J. NEWMAN
                            UNITED STATES MAGISTRATE JUDGE

11   sier2149.22

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28